**GORDON REES SCULLY MANSUKHANI, LLP**
Suzanne K. Yurk, Esquire
Pa. I.D. # 207202
NaLee Ha, Esquire
Pa. I.D. # 326763
5 Greentree Center, Suite 101
Marlton, NJ 08053
(609) 772-8342
(609) 751-5308 (Facsimile)
syurk@grsm.com
nha@grsm.com

*Attorneys for Defendant, Naphcare, Inc.*

Our File No. NPHCH-1457532 (SKY-NLH)

| | |
|---|---|
| ROBERT SANFORD and APRIL SANFORD, h/w<br>Plaintiffs,<br>vs.<br><br>FCI ELKTON, UNITED STATES OF AMERICA, JOHN J. DUNLOP, D.O., DEBRA GIONNONE, FNP-BC, NAPHCARE, INC. and JOHN AND JANE DOE: CORRECTIONAL OFFICERS 1-10<br>Defendant, | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRCIT OF PENNSYLVANIA<br><br>CIVIL ACTION<br><br>Case No. 2:26-cv-03410 |

**STIPULATION TO DISMISS DEFENDANT, NAPHCARE, INC. FROM THE INSTANT ACTION WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs, Robert and April Sanford, and Defendant, NaphCare, Inc., through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the approval of the Court, as follows:

1. Plaintiff filed the Complaint in this action on May 18, 2026, and Defendant, NaphCare, Inc. was served with the summons and Complaint on June 15, 2026.

2. Counsel for Defendant, NaphCare, Inc. filed their Entries of Appearance on July 14, 2026, and July 16, 2026, respectively.

3. Defendant's current deadline to answer, move, or otherwise respond to the Complaint is July 30, 2026. Consequently, Defendant, NaphCare, Inc. has not filed a responsive pleading or moved for summary judgment.

4. Plaintiffs agree to voluntarily dismiss Defendant, NaphCare, Inc. from the instant action without prejudice due to Defendant, NaphCare, Inc.'s non-involvement in the allegations set forth in the Complaint.

5. If discovery in this action reveals evidence indicating liability, responsibility, or involvement of Defendant, NaphCare in the events, claims, or damages alleged in the Complaint, Plaintiff shall have leave to amend the Complaint to re-assert claims against and re-join NaphCare as a party defendant in this matter. Defendant NaphCare agrees not to oppose any motion or stipulation to amend on the grounds of undue delay, prejudice, or bad faith.

6. Defendant NaphCare expressly waives any defense based on the passage of time or statute of limitations should Plaintiff re-join them as a party. Defendant does not waive other applicable defenses available to them as of May 18, 2026.

Dated: July 29, 2026

**GORDON REES SCULLY & MANSUKHANI, LLP**

*/s/ Suzanne K. Yurk*
Suzanne K. Yurk, Esquire
NaLee Ha, Esquire
*Attorneys for Defendants, Naphcare, Inc.*

**FRIEDMAN SCHUMAN LAYSER, P.C.**

Derek R. Layser, Esquire
Caitlin Dryden Groeber, Esquire
275 Commerce Drive, Suite 210
Fort Washington, PA 19034

Approved: July 29, 2026

/s/ Joel H. Slomsky
Honorable Joel H. Slomsky, J.